FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 21 AM 10: 10

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICKIE L. BRUMFIELD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 01-0300** |
| **N. BURL CAIN, WARDEN** | **SECTION "L" (6)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Rickie Brumfield for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 17 day of May, 2001.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 2 1 2001

___Fee___
___Process___
X_ Dktd
___CtRmDep
___Doc.No. 6